448 A.2d 1177

Gerrero, Appellant v. United Gilsonite Lab.

Petition for Allowance of Appeal Denied Jan. 14, 1983.

Argued October 13, 1981. James R. Duffy, for appellant; James F. Malone, III, for appellees.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment affirmed.

448 A.2d 1178

Hoffman v. Hoffman, Appellant.

Argued May 20, 1982. Charles Paul Voelker, submitted a brief on behalf of appellant; Sanford P. Gross, for appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The order of August 20, 1981 is affirmed.